IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Wright, Barbara Jean

Printed: 12/10/08

Case Number: 05 B 06074
Judge: Hollis, Pamela S
Filed: 2/22/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: December 5, 2008
Confirmed: April 25, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 46,863.48 |  |
| Secured: |  | 33,220.63 |
| Unsecured: |  | 9,971.83 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,000.00 |
| Trustee Fee: |  | 2,671.02 |
| Other Funds: |  | 0.00 |
| Totals: | 46,863.48 | 46,863.48 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Marlin E Kirby, Esq | Administrative | 1,000.00 | 1,000.00 |
| 2. | Franklin Credit Management Corporation | Secured | 0.00 | 0.00 |
| 3. | Franklin Credit Management Corporation | Secured | 24,622.00 | 24,622.00 |
| 4. | US Bank | Secured | 8,598.63 | 8,598.63 |
| 5. | US Bank | Unsecured | 9,971.83 | 9,971.83 |
|  |  |  | $ 44,192.46 | $ 44,192.46 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 77.00 |
| 3% | 65.26 |
| 5.5% | 358.87 |
| 5% | 108.75 |
| 4.8% | 208.79 |
| 5.4% | 469.80 |
| 6.5% | 282.75 |
| 6.6% | 1,099.80 |
|  | $ 2,671.02 |

Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Wright, Barbara Jean | Case Number:  05 B 06074 |
| | Judge:  Hollis, Pamela S |
| Printed: 12/10/08 | Filed:  2/22/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

